IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeron Jackson,                                    Case No. 1:10CV2052

         Plaintiff

v.                                              ORDER

Keith Smith,

         Defendant

This is a habeas corpus case in which the Magistrate Judge has filed an Report and Recommendation recommending that the petition be denied.

The time for the petitioner to file an objection to the Report and Recommendation having passed, and no objections having been filed, it is, on the basis of *de novo* review, hereby

ORDERED THAT:

1. The Report and Recommendation of the Magistrate Judge be, and the same hereby is adopted; the petition be, and the same hereby is dismissed.

2. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. 2253(c); Fed. R. App. P. 22(b).

So ordered.

                                                         /s/ James G. Carr
                                                         Sr. United States District Judge